OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio.  Attention:  Walter S. Kobalka, Reporter, or Deborah J. Whitten, Administrative Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE:  Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public.  The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Ohio Office of Collective Bargaining et al., Appellees, v. Ohio Civil Service Employees Association, Local 11, AFSCME, AFL-CIO, Appellant.
[Cite as Ohio Office of Collective Bargaining v. Ohio Civ. Serv. Emp. Assn., Local 11, AFSCME, AFL-CIO (1993),     Ohio St.3d     .]
Arbitration -- Labor unions -- Arbitrator has broad authority in fashioning remedies for contractual violations he has found.
(No. 92-948 -- Submitted April 7, 1993 -- Decided May 12, 1993.)

Appeal from the Court of Appeals for Franklin County, No. 91AP-681.

Lee I. Fisher, Attorney General, and Jack W. Decker, Assistant Attorney General, for appellees.
Linda K. Fiely, for appellant.
Lucas, Prendergast, Albright, Gibson & Newman and Rankin M. Gibson, urging reversal for amicus curiae, Attorneys for Ohio Association of Public School Employees, AFSCME, AFL-CIO.
Paul L. Cox, urging reversal for amicus curiae, Fraternal Order of Police of Ohio, Inc.
Cloppert, Portman, Sauter, Latanick & Foley and Robert W. Sauter, urging reversal for amicus curiae, Ohio Public Employees Lawyers Association.

This cause is reversed on authority of Queen City Lodge No. 69, Fraternal Order of Police, Hamilton Cty., Ohio, Inc. v. Cincinnati (1992), 63 Ohio St.3d 403, 588 N.E.2d 802.
Moyer, C.J., A.W. Sweeney, Douglas, Wright,  Resnick, F.E. Sweeney and Pfeifer, JJ., concur.